UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEBBLE BEACH INVESTMENT GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SQUARE ONE STARTS, LLC,<br><br>Defendant. | Case No. 21-cv-00522-VKD<br><br>**ORDER TO SHOW CAUSE RE REMOVAL**<br><br>Re: Dkt. No. 1 |

On January 21, 2021, defendant Square One Starts, LLC ("Square One") removed this matter from the Santa Cruz County Superior Court, asserting diversity jurisdiction under 28 U.S.C. § 1332. For purposes of diversity jurisdiction, LLCs are treated like partnerships. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Thus, "like a partnership, an LLC is a citizen of every state of which its owners/members are citizens." *Id*. The Court has an ongoing obligation to ensure that it has subject matter jurisdiction over an action. Fed. R. Civ. P. 12(h)(3).

The notice of removal does not clearly identify the citizenship of all of the owners/members of Square One or of plaintiff Pebble Beach Investment Group, LLC. Thus, the Court cannot determine whether subject-matter jurisdiction exists on the basis of diversity of citizenship.

The Court therefore directs defendant to file a response to this order by **February 8, 2021**, identifying the citizenship of each LLC's owners/members. Defendant's response must be

supported by evidence, via a declaration or otherwise.

**IT IS SO ORDERED.**

Dated: January 25, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge