UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEBBLE BEACH INVESTMENT GROUP, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>SQUARE ONE STARTS, LLC,<br><br>                Defendant. | Case No. 21-cv-00522-VC<br><br>**ORDER TERMINATING MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 17, 20 |

Based on the filing of the amended complaint, the pending motion to dismiss is terminated, and the Initial Case Management Conference is continued to May 26, 2021 at 2 p.m. A Case Management Statement is due by May 19.

**IT IS SO ORDERED.**

Dated: March 11, 2021

VINCE CHHABRIA
United States District Judge