UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEBBLE BEACH INVESTMENT GROUP, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SQUARE ONE STARTS, LLC,<br><br>        Defendant. | Case No. 21-cv-00522-VC<br><br>**ORDER DENYING MOTION TO STRIKE**<br><br>Re: Dkt. No. 29 |

Square One Starts' motion to strike is denied.

**IT IS SO ORDERED.**

Dated: April 26, 2021

VINCE CHHABRIA
United States District Judge